UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LEEOTIS BAILEY,

    Petitioner,

v.　　　　　　　　　　　　　　　　　Case No. 5:23cv104/TKW/MAL

WARDEN KEVIN PISTRO

    Respondent.
_____/

# O R D E R

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 8). No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Petitioner's failure to comply with court orders. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for failure to comply with court orders.

3. Petitioner's "Motion Requesting the Court to Proceed with 2241 Motion and to Apply F.S.A. Credits and Reward the Sum of $750,000 for Force Imprisonment" (Doc. 6) is **DENIED as moot**.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 10th day of July, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Case No.: 5:23cv104-TKW/MAL